

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2021

No. 04-21-00275-CV

Luis Ortiz **LEANDRO**,
Appellant

v.

Sylvia **MEDINA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV01339
Honorable J Frank Davis, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
           Liza A. Rodriguez, Justice
           Lori I. Valenzuela, Justice

This is an appeal in an eviction action. Appellant has filed a motion for an emergency stay of the issuance of the writ of possession. In essence, appellant is asking that we stay the county court's judgment pending our determination of the appeal. However, the county court did not set a supersedeas bond and appellant did not file a supersedeas bond as required by the Texas Property Code. *See* TEX. PROP. CODE ANN. § 24.007 ("A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court.").

Accordingly, we **DENY** appellant's motion. *See id.*[1]

Liza A. Rodriguez, Justice

---

[1] We do not address the merits of appellant's appeal in this order.

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2021.



_____

MICHAEL A. CRUZ, Clerk of Court